UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-22802-CIV-ALTONAGA/Damian

**FERNANDO HERNANDEZ**, and other
similarly situated individuals

      Plaintiff,

v.

**ALFON PROTECTION GUARD
SERVICES COMPANY**, *et al.*,

      Defendants.
_____/

**ORDER**

**THIS CAUSE** came before the Court upon the parties' Joint Motion for Approval of FLSA Settlement and to Dismiss Case with Prejudice [ECF No. 41], filed April 28, 2023. The parties seek the Court's approval of their Settlement Agreement and General Release [ECF No. 41-1], which includes a provision for the award of attorney's fees, although the parties' agreement on those fees "was negotiated and will be paid separately from Plaintiff's Recovery." (Mot. 4 (emphasis omitted)); *see Bonetti v. Embarq Mgmt. Co.*, 715 F. Supp. 2d 1222, 1228 (M.D. Fla. 2009))).[1] Upon review of the record and the parties' documented basis for a settlement of this FLSA case, the Court finds settlement of this action is fair and reasonable.[2] Accordingly, it is

---

[1] The Court relies on the pagination generated by the Case Management/Electronic Case Files system, which appears in the header on all filings.

[2] The Agreement contains a confidentiality provision. (*See* Agreement 5). Where the Court must approve a settlement, the agreement becomes a part of the judicial record, and therefore may not be deemed confidential even if the parties so consent. *See Jessup v. Luther*, 277 F.3d 926, 929–30 (7th Cir. 2002). Accordingly, parties may not submit a settlement agreement under seal or seek to have it reviewed in camera unless there is a compelling interest in secrecy. *Id.* at 928. While the parties seek to maintain the confidentiality of the case and circumstances, the Agreement was not filed under seal, so it appears on the public docket.

CASE NO. 22-22802-CIV-ALTONAGA/Damian

**ORDERED AND ADJUDGED** as follows:

1. The parties' Joint Motion for Approval of FLSA Settlement and to Dismiss Case with Prejudice **[ECF No. 41]** is **GRANTED**.

2. The Settlement Agreement **[ECF No. 40-1]** between Plaintiff, Fernando Hernandez and Defendant, Alfon Protection Guard Services Company, which has been duly filed as a record of the Court, is **APPROVED** in its entirety.

3. This case is **DISMISSED with prejudice**, with each party to bear its own costs and attorney's fees except as otherwise agreed.

4. The Court retains jurisdiction to enforce the terms of the Settlement Agreement.

**DONE AND ORDERED** in Miami, Florida, this 1st day of May, 2023.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:   counsel of record