UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-22802-CIV-ALTONAGA/Reid

FERNANDO HERNANDEZ,

     Plaintiff,

v.

ALFON PROTECTION GUARD
SERVICES COMPANY; *et al.*,

     Defendants.

_____/

## FINAL JUDGMENT

**THIS CAUSE** came before the Court on Plaintiff, Fernando Hernandez's Motion for Final Default Judgment Pursuant to Settlement Agreement [ECF No. 43], filed July 23, 2025. For the reasons set forth in the Order [ECF No. 44] granting the Motion, it is

**ORDERED AND ADJUDGED** that judgment is entered in favor of Plaintiff, Fernando Hernandez and against Defendants, Alfon Protection Guard Service Company and Guillermo Alfonso, as follows:

1. Defendants, Alfon Protection Guard Services Company and Guillermo Alfonso, owe to Fernando Hernandez a judgment of **$20,900.00** ($12,540.00 to Plaintiff and $8,360.00 to Plaintiff's counsel, Saenz & Anderson, PLLC); and

2. Interest shall accrue on this judgment under 28 U.S.C. section 1961, for which sum let execution issue.

CASE NO. 22-22802-CIV-ALTONAGA/Reid

**DONE AND ORDERED** in Miami, Florida, this 7th day of August, 2025.

**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:     counsel of record

2